UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>William A. Booth,<br><br>Debtor. | Case No. 18-10372-MSH<br>Chapter 13 |

## OBJECTION TO DEBTORS' CHAPTER 13 PLAN

Now Comes Federal National Mortgage Association and files its objection to the Debtors' Chapter 13 Plan. In support of its objection, Federal National Mortgage Association states as follows:

1. Federal National Mortgage Association is the holder of the first mortgage on the debtors' property located 21 Tabor Rd, Forestdale, MA.

2. The mortgage to Federal National Mortgage Association is in default with a pre-petition arrearage of $107,335.88 and an unpaid principal balance of $296,773.49. By the filing of its objection, Federal National Mortgage Association sets forth its demand for payment and intent to hold the debtor liable for the debt. The Proof of Claim bar date is April 13, 2018.

3. The debtors' Chapter 13 Plan provides for no payment of $107,335.88 in pre-petition arrears to Federal National Mortgage Association.

4. The debtors' plan fails to provide for the payment of Federal National Mortgage Association's entire pre-petition arrearage.

WHEREFORE, Federal National Mortgage Association respectfully requests that the Court deny confirmation of the debtors' Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,

Federal National Mortgage Association,
By its Attorney
/s/Richard T. Mulligan
_____
Richard T. Mulligan
BBO# 567602
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>William A. Booth,<br><br>Debtor. | Case No. 18-10372-MSH<br>Chapter 13 |

CERTIFICATE OF SERVICE

      I, Richard T. Mulligan, state that on ___March 12, 2018_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Peter Daigle
Carolyn A. Bankowski
John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

William A. Booth
21 Tabor Rd
Forestdale, MA 02644

Carey Ann Booth
21 Tabor Rd
Forestdale, MA 02644

                Respectfully submitted,

                Federal National Mortgage Association,
                By its Attorney
                /s/Richard T. Mulligan

                _____
                Richard T. Mulligan
                BBO# 567602
                Harmon Law Offices, P.C.
                PO Box 610389
                Newton Highlands, MA 02461
                (617)558-0500
                mabk@harmonlaw.com