UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

William A. Booth,

Debtor.

Case No. 18-10372-MSH
Chapter 13

OBJECTION TO DEBTORS' AMENDED CHAPTER 13 PLAN

Now Comes Federal National Mortgage Association and files its objection to the Debtors' Amended Chapter 13 Plan. In support of its objection, Federal National Mortgage Association states as follows:

1. Federal National Mortgage Association is the holder of the first mortgage on the debtors' property located 21 Tabor Rd, Forestdale, MA.

2. The mortgage to Federal National Mortgage Association is in default with a pre-petition arrearage of $111,194.52. *See Claim#3*.

3. The debtors' Amended Chapter 13 Plan provides for no payment of $111,194.52 in pre-petition arrears to Federal National Mortgage Association. The Plan states as follows: *Debtor is in the process of obtaining a loan modification for the first mortgage on the primary residence. All arrears due the first mortgage will be cured upon approval of said loan modification. If and when the Debtor receives said approval, debtor intends to retain the property and pay the loan. Upon the alternative, debtor will amend plan to include arrears to be paid through the plan.*

4. Federal National Mortgage Association objects to this treatment on the following grounds:

    a. There is currently no loan modification on this loan.

    b. The Debtor does not have the net disposable income to pay the proposed secured claim over 60 months.

    c. There are no provisions for ongoing real estate taxes or insurance.

    d. A plan is not confirmable when based on a loan modification which has not occurred and the debtor does not have the income to pay the expected claim arrears and maintain ongoing payments as he is required to do. This is a non-modifiable claim pursuant to §1322(b)(2).



WHEREFORE, Federal National Mortgage Association respectfully requests that the Court deny confirmation of the debtors' Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,

Federal National Mortgage Association,
By its Attorney

/s/Joshua Ryan-Polczinski
Joshua Ryan-Polczinski
BBO#678007
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>William A. Booth,<br><br>Debtor. | Case No. 18-10372-MSH<br>Chapter 13 |

CERTIFICATE OF SERVICE

      I, Joshua Ryan-Polczinski, state that on April 19, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Peter Daigle
Carolyn A. Bankowski
John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

William A. Booth
21 Tabor Rd
Forestdale, MA 02644


Carey Ann Booth
21 Tabor Rd
Forestdale, MA 02644

      Respectfully submitted,

      Federal National Mortgage Association,
      By its Attorney

      /s/Joshua Ryan-Polczinski
      Joshua Ryan-Polczinski
      BBO#  678007
      Harmon Law Offices, P.C.
      PO Box 610389
      Newton Highlands, MA 02461
      (617)558-0500
      mabk@harmonlaw.com