UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

William A. Booth,

Debtor.

Case No. 18-10372-MSH
Chapter 13

OBJECTION TO DEBTORS' SECOND AMENDED CHAPTER 13 PLAN

Now Comes Federal National Mortgage Association and files its objection to the Debtors' Second Amended Chapter 13 Plan. In support of its objection, Federal National Mortgage Association states as follows:

1. Federal National Mortgage Association is the holder of the first mortgage on the debtors' property located 21 Tabor Rd, Forestdale, MA.

2. The mortgage to Federal National Mortgage Association is in default with a pre-petition arrearage of $111,194.52. *Claim#3*.

3. The debtors' Second Amended Chapter 13 Plan provides for the same treatments as the previous plans to which Federal National Mortgage Association objected. The current plan does not address Federal National Mortgage Association's objections.

4. Federal National Mortgage Association reiterates its objection on the following grounds:

    a. The plan as filed is speculative .There is no loan modification on this loan neither is there a guarantee that a loan modification will be approved.

    b. The debtor does not have the net disposable income to pay the proposed secured claim over 60 months.

    c. There are no provisions for ongoing real estate taxes or insurance.

    d. A plan is not confirmable when based on a loan modification which has not occurred and the debtor does not have the income to pay the expected claim arrears and maintain ongoing payments as he is required to do. This is a non-modifiable claim pursuant to §1322(b)(2).

WHEREFORE, Federal National Mortgage Association respectfully requests that the Court deny confirmation of the debtors' Second Amended Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,

Federal National Mortgage Association,



By its Attorney
/s/Richard T. Mulligan

_____

Richard T. Mulligan
BBO#  567602
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>William A. Booth,<br><br>Debtor. | Case No. 18-10372-MSH<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on __May 24, 2018_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Stefanie D. Howell
Carolyn A. Bankowski
John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

William A. Booth
21 Tabor Rd
Forestdale, MA 02644

Carey Ann Booth
21 Tabor Rd
Forestdale, MA 02644

    Respectfully submitted,

    Federal National Mortgage Association,
    By its Attorney
    /s/Richard T. Mulligan
    _____

    Richard T. Mulligan
    BBO#  567602
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com